Nos. 571 and 572. HORMANN, *v.* NORTHERN TRUST Co. ET AL. December 16, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Carl V. Wisner* and *Carl V. Wisner, Jr.* for petitioner. *Mr. Hamilton Moses, Jr.* for respondents.

No. 513. BAUMEISTER *v.* NEW YORK. December 23, 1940. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis,* denied. *John J. Baumeister, pro se.*

No. 623. BETZ *v.* ESTATE OF BRILL. December 23, 1940. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Mary B. Betz, pro se.*